UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

BERNT VONGRABE,

    Plaintiff,

vs.                                    Case No.  3:05-cv-1023-J-32MCR

GAIL WADSWORTH, State of Florida, et al.,

    Defendants.
_____/

## ORDER

**THIS CAUSE** is before the Court on Plaintiff's Motion to Take Judicial Notice (Doc. 57).  Defendant, Donald Fleming, filed a response in opposition to this motion (Doc. 73) pointing out that Plaintiff sought the Court to take judicial notice of two documents in order to rule on Plaintiff's Motion for Summary Judgment.  The undersigned entered a report and recommendation denying Plaintiff's Motion for Summary Judgment (Doc. 68) and as such, Plaintiff's Motion to Take Judicial Notice is moot at this time.[1]

Accordingly, after due consideration, it is

**ORDERED**:

Plaintiff's Motion to Take Judicial Notice (Doc. 57) is **DENIED** as moot at this time.

---

[1] As Defendant "does not dispute the terms or veracity of the court document" or the "General Order of the Sheriff" (Doc. 73, p.1) (the two documents Plaintiff wishes the Court to take judicial notice of), Plaintiff may not need to seek judicial notice of these documents in the future. Instead, the next time Plaintiff wishes the Court to consider these documents, he may simply attach them to his motion or responsive memorandum.

**DONE AND ORDERED** in Chambers in Jacksonville, Florida this  28th  day of April, 2006.

*Monte C. Richardson*
MONTE C. RICHARDSON
UNITED STATES MAGISTRATE JUDGE

Copies to:

Counsel of Record
*Pro Se* Plaintiff